

# Memorandum

| Subject | Date |
|---|---|
| Writ of Habeas Corpus<br>*US v. Christine Staggs McKim*<br>2:08-CR-00313-IPJ-RRA | August 1, 2008 |

| To | Clerk of the Court<br>Northern District of Alabama | From | Daniel J. Fortune<br>Assistant U.S. Attorney |
|---|---|---|---|

Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the Warden at Bibb County Jail, Centerville, AL for Christine Staggs McKim, to appear in this court for arraignment on Thursday, August 14, 2008 at 9:30 a.m.

cc:  USMS