IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 2-08-CR-313-IPI-RRA |
| ) | |
| CHRISTINE STAGGS McKIM, ) | |
| ) | |
| DEFENDANT. ) | |

## MOTION FOR PSYCHIATRIC EVALUATION

Comes now your defendant, by and through the undersigned counsel of record, and moves the court for a psychiatric evaluation of the defendant pursuant to 18 U.S.C. Section 4241, 18 U.S.C. Section 4242 and Rule 12.2, Federal Rules of Criminal Procedure.  As reasons for such, defendant states as follows:

1.  There is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to properly assist in her defense.

2.  There is reasonable cause to believe that, at the time of the commission of the offense, the defendant was suffering from a mental disease or defect such as to cause the defendant to be unable to appreciate the nature and quality of her acts, to be able to distinguish between right and wrong, and to lack the capacity to form mens rea at the time of the commission of the offense.

3.  In support of the statements, the undersigned states that, upon information and belief, defendant has, in the past, suffered from depression and anxiety, lived until she was 16 years old in Alabama foster care, suffering both physical and mental abuse at the hands of her foster parents, then thereafter suffering mental and physical abuse on a daily basis at the hands of her

co-defendant herein. The instant charges arise from such abuse and threats of harm, and defendant is currently on various medications to treat the same.

4.  The mental health officer with the probation office agrees with this assessment.

WHEREFORE, PREMISES CONSIDERED, your defendant respectfully requests a psychiatric/mental evaluation to be performed upon her, said examination directed towards (1) her mental/psychiatric competency at the time of the commission of the offense, and (2) her psychiatric/mental competency to understand the nature of the charges against her and to assist properly with counsel in her defense.

>s/ James L. O'Kelley
>ASB-2034-L70J
>Attorney for Defendant
>300 Park Place Tower
>Birmingham, AL 35203
>(205) 252.9551
>Fax: (205) 581.8022
>E-mail: jimokelley@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon Daniel Fortune, Assistant United States Attorney by Electronic mail on this the  14th  day of August, 2008.

>s/ James L. O'Kelley