IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 2:08-cr-313-IRI-RRA |
| ) | |
| CHRISTINE STAGGS MCKIM , ) | |
|     DEFENDANT. ) | |

DEFENDANT'S REQUEST FOR DISCLOSURE

The Defendant, Christine Staggs McKim, hereby requests that the government:

A. Permit Defendant to inspect and copy or photograph all statements of the Defendant as provided in Federal Court Rules of Criminal Procedure, Rule 16(a)(1)(A).

B. Furnish Defendant with a copy of the Defendant's prior criminal record as provided in Federal Court Rules of Criminal Procedure, Rule 16(a)(1)(B).

C. Provide Defendant with all exculpatory or otherwise favorable information as provided in such cases as <u>Brady vs. Maryland</u>, <u>Giles vs. Maryland</u>, <u>Giglio vs. United States</u> and <u>Williams vs. Dutton</u>.

D. Furnish Defendant with a copy of all statements of government witnesses as provided in 18 USC 3500.

E. Permit Defendant to inspect and copy or photograph all documents and tangible objects, including any tape recordings, and to provide a transcript thereof, as provided in Federal Court Rules of Criminal Procedure, Rule 16(a)(1)(C).

F.  Permit Defendant to inspect and copy or photograph all results or reports of examinations, tests and experiments as provided in Federal Court Rules of Criminal Procedure, Rule 16(a)(1)(D).

s/ James L. O'Kelley
ASB-2034-L70J
Attorney for Defendant
300 Park Place Tower
Birmingham, AL 35203

(205) 252.9551
Fax: (205) 581.8022
E-mail: jimokelley@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by Electronic mail on this the 14th day of August, 2008.

s/ James L. O'Kelley