IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2-08-cr-313-IPJ-RRA |
| | ) | |
| CHRISTINE STAGGS McKIM, | ) | |
| Defendant. | ) | |

ORDER

The defendant's motion for a psychiatric evaluation is hereby GRANTED. Wherefore, it is hereby **ORDERED** that the defendant shall report for a *local* mental evaluation, at a date and time to be determined by the U.S. Probation Office.[1] The mental evaluation shall determine (1) whether the defendant is presently suffering from a mental disease or defect (a) rendering her incompetent to understand the proceedings against her or (b) to properly assist in her own defense, and (2) whether she was mentally competent at the time of the alleged offense. *The defendant's motion is not deemed a Rule 12.2(a) notice of intent to rely on an insanity defense.*

While not limiting the scope of the examiner's comments, the report must, at a minimum, include the following:

1. the defendant's history and present symptoms,

2. a description of the psychiatric, psychological, and mental tests which were employed and their results, and

3. the findings of the examination as to the defendant's mental competency to stand trial and his competency at the time of the commission of the alleged offense.

---

[1]The Probation Office shall notify defense counsel of the date, time, and place.

Following the examination, the examiner shall file a report with the Clerk of the Court, who shall immediately provide copies of the report to the United States Attorney, counsel for the defendant, and the United States Probation Office.

The United States Attorney's Office and the Administrative Office of Courts shall divide the costs of the evaluation equally.

A copy of this order shall be served upon counsel of record and the U.S. Probation Office.

DONE this the 19th day of August, 2008.

*Robert R. Armstrong*
Robert R. Armstrong, Jr.
United States Magistrate Judge