FILED
2009 Aug-04 PM 02:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
09 AUG -4 AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

08-313

I have partially executed this writ by delivering CHRISTINE McKIN to USMS N/AL on 8/11/08

U. S. Marshal
By: _____
Deputy

I have partially executed this writ by delivering Christine M'Kim to USMS on 8-3-09

U. S. Marshal
By: _____
Deputy

Local charges dismissed