Case 2:08-cr-00313-AKK-JHE   Document 39   Filed 08/24/09   Page 1 of 1

Case 2:08-cr-00313-IPJ-RRA   Document 36   Filed 07/09/2009   Page 2 of 6

**FILED**
2009 Aug-24 PM 05:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 6

Defendant: CHRISTINE MCKIM STAGGS
Case Number: CR 08-J-313-S

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 360 months on Counts one, two, three, five, seven, eight, ten through sixteen, and nineteen through twenty, separately, with each count to be served consecutively to each other. The total term of imprisonment is 5,400.00 months or 450 years.

The Court makes the following recommendations to the Bureau of Prisons: .

The defendant is remanded to the custody of the United States Marshal.

FILED
2009 AUG 24 P 3:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

DEFENDANT DELIVERED ON  8-17-09
SURRENDERED ON
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS _____ ; USM Deaton
BY: _____
For Inmate Systems Manager

**RETURN**

PARTIALLY
I have executed this Judgment as follows:
BY DELIVERING CHRISTINE S. MCKIM TO DEATON DET CTR, LOVEJOY, GA on 08/17/2009 FPT. /s/ USMS-N/A

Defendant delivered on _____ to _____ at _____
_____, with a certified copy of this Judgment.

United States Marshal

By _____
    Deputy Marshal